IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:10CR3018 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KATRINA LAVERN COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's request for hearing (filing 68) is granted.

(2) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 66) has been scheduled before the undersigned United States district judge on Friday, May 4, 2012, at 12:15 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) At the request of the defendant through her counsel, the defendant will participate in the hearing by telephone.

(4) **Defense counsel shall make the telephone arrangements with the Bureau of Prisons. Defense counsel shall then provide the undersigned's chambers with the contact information (including name and telephone number) of the Bureau of Prison's official the courtroom deputy should call the day and time of the hearing.**

(5) The Marshal is directed not to return the defendant to the district.

(6) The defendant is held to have waived her right to be present.

Dated March 28, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge